IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOYCE HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-174-JHP |
| | ) | |
| HARP'S FOOD STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

Pursuant to the Order granting Defendant's Motion for Summary Judgment, the Court enters judgment for the Defendant, Harp's Food Stores, Inc., and against the Plaintiff, Joyce Henderson.

IT IS SO ORDERED this 31st day of May, 2011.

*/s/ James H. Payne*
James H. Payne
United States District Judge
Eastern District of Oklahoma